IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT BANKS,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 20-CV-3498 |
| | : | |
| **CITY OF PHILADELPHIA,** *et al.*, | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this 3rd day of August, 2020, for the reasons set forth in the foregoing Memorandum, it is **ORDERED** that:

(1) Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

(2) The Complaint is **DEEMED** filed.

(3) Banks's claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

(4) The Clerk of Court shall **CLOSE** this case.[1]

BY THE COURT:

/s/ Harvey Bartle III

**HARVEY BARTLE III, J.**

---

[1] To the extent Banks intends to appeal, he should check the Court's website for developments regarding the Court's response to COVID-19 (coronavirus), available here, http://www.paed.uscourts.gov/response-to-covid-19. The website contains information about filing and accessibility of the Courthouse while COVID-19 measures are in place.